# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07CR123

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER STRIKING** |
| ) | **PREVIOUS ORDER,** |
| WESTERN AMUSEMENT, INC. ) | **AMENDING DOCKET** |
| ) | **ENTRY, and** |
| _____ ) | **ALLOWING MOTION** |

**THIS MATTER** is before the court upon Robert B. Long, Jr.'s and Andrew B. Parker's Motion to Withdraw as Counsel. Having considered Robert B. Long, Jr.'s and Andrew B. Parker's Motion to Withdraw as Counsel and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, such motion will be allowed.

The court will strike its earlier Order (#112) dated February 25, 2008, as improvidently entered. The court apologizes to defendant's counsel for its statement that defendant had filed such motion in error, when in fact the error was one created by the Court. The Clerk of this court will be instructed to modify docket entry 71 to accurately reflect that such motion applied only to defendant Jack Willis Shepherd and not Western Amusement, Inc.

# ORDER

**IT IS, THEREFORE, ORDERED** that

(1)   Robert B. Long, Jr.'s and Andrew B. Parker's Motion to Withdraw as Counsel is **GRANTED,** and Robert B. Long, Jr., and Andrew B. Parker are **RELIEVED** from further representation of defendant Western Amusement, Inc., in this matter;

(2)   the court's previous Order (#112) is **STRICKEN**; and

(3)   the Clerk of this court is respectfully instructed to amend its docket entry for pleading number 71 to reflect that such motion only applied to defendant Jack Willis Shepherd.

Signed: February 25, 2008

Dennis L. Howell
United States Magistrate Judge